# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

OLGA SALAZAR, Personal Representative
of the Estate of JESUS MARQUEZ,

       Plaintiff,

vs.                                                                                No. CIV 15-0417 JB/LF

SAN JUAN COUNTY DETENTION CENTER ("SJCDC"),
SAN JUAN COUNTY, SAN JUAN REGIONAL MEDICAL
CENTER ("SJRMC"), THOMAS C. HAVEL,
INDIVIDUALLY AND AS ADMINISTRATOR OF SJCDC,
DR. ERIC KETCHAM, INDIVIDUALLY, CINDY KETCHAM,
INDIVIDUALLY, KATIE (Unknown Surname), RN,

       Defendants.

       consolidated with

JESSE BURKEE, EARL CALLAHAN, LARIET CHARLES,
GORDON DOUGLAS DERRICK, AARON EATON,
CALVIN FINCH, PAUL GOULD, JOSEPH GUTIERREZ,
MARK HINOJOS, THOMAS KNIGHT, AURELIO MARQUEZ,
ANGELO MARTINEZ, MARK MARTINEZ, RUDY MARTINEZ,
VICTORIA MARTINEZ, PAUL MATAMOROS,
RICHARD MCDONALD, DEBBIE NEZ, DAVID PAGE,
STEVE PARRISH, CLIFFORD ROGERS, ADAM SCHUESSLER,
JASON TRUJILLO, FRANKLIN TSO, STEVE VALERIO,
JIMMY WEAHKEE and HARRY WILLIAMS,

       Plaintiffs,

vs.                                                                                No. CIV 15-0439 JB/LF

SAN JUAN COUNTY DETENTION CENTER ("SJCDC")
SAN JUAN COUNTY, CORRECTIONAL HEALTHCARE
COMPANIES, INC. ("CHC"), SAN JUAN REGIONAL
MEDICAL CENTER ("SJRMC"), PRESBYTERIAN MEDICAL
SERVICES ("PRESBYTERIAN"), THOMAS C. HAVEL,
INDIVIDUALLY AND AS ADMINISTRATOR, SAN JUAN
COUNTY DETENTION CENTER,

       Defendants.

consolidated with

CHARLES CARTER, Personal Representative
of the Estate of WILLIAM "BILLY" CARTER,

        Plaintiff,

vs.                                                                                      No. CIV 15-0497 JB/LF

SAN JUAN COUNTY DETENTION CENTER ("SJCDC"),
SAN JUAN COUNTY, SAN JUAN REGIONAL MEDICAL
CENTER ("SJRMC"), THOMAS C. HAVEL, INDIVIDUALLY
AND AS ADMINISTRATOR OF SJCDC, DR. ERIC
KETCHAM, INDIVIDUALLY, CINDY KETCHAM,
INDIVIDUALLY,

        Defendants.

        consolidated with

COREY JONES, Personal Representative
of the Estate of Sharon Jones

        Plaintiff,

vs.                                                                                      No. CIV 15-0526 JB/LF

SAN JUAN COUNTY DETENTION CENTER ("SJCDC"),
SAN JUAN COUNTY, SAN JUAN REGIONAL MEDICAL
CENTER ("SJRMC"), THOMAS C. HAVEL, INDIVIDUALLY
AND AS ADMINISTRATOR OF SJCDC, DR. ERIC
KETCHAM, INDIVIDUALLY, CINDY KETCHAM,
INDIVIDUALLY,

        Defendants.

## **ORDER**[1]

    **THIS MATTER** comes before the Court on Defendant Presbyterian Medical Services'

rule 12(B)(6) Motion to Dismiss Plaintiffs' Federal Claims Against It, filed December 11, 2015

---

    [1] This Order disposes of the Defendant's Motion to Dismiss Plaintiffs' Federal Claims Against It, filed December 11, 2015 (Doc. 137). The Court may, however, at a later date issue a Memorandum Opinion more fully detailing its rationale for this decision.

(Doc. 137)("Motion").  The Court held a hearing on February 18, 2016. The Court will deny the requests in the Motion as moot.

   **IT IS ORDERED** that Defendant Presbyterian Medical Services' rule 12(B)(6) Motion to Dismiss Plaintiffs' Federal Claims Against It, filed December 11, 2015 (Doc. 137), is denied.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Gregory M. Tucker
Mitchel S. Burns
Jennifer D. Yoder
Christian A. Hatfield
Tucker Burns Yoder & Hatfield Law Firm
Farmington, New Mexico

--and--

John Holland
Erica Grossman
Anna Holland Edwards
Holland, Holland Edwards & Grossman, P.C.
Denver, Colorado

   *Attorneys for the Plaintiffs*

Ronald K. Childress
Elaine D. Dailey
Uvashi Parkhani
Childress Law Firm
Albuquerque, New Mexico

   *Attorneys for Defendants San Juan County Detention Center, San Juan County, and*
   *Thomas C. Havel*

Robert J. Curtis
Ellen M. Kelly
Civerolo Gralow Hill & Curtis P.A.
Albuquerque, New Mexico

*Attorneys for Defendant San Juan Regional Medical Center*

Kevin J. Kuhn
Andrew Myers
Wheeler Trigg O'Donnell, LLP
Denver, Colorado
      *Attorneys for Defendants Eric Ketcham, and Cindy Ketcham*

Brett C. Eaton
W. Ann Maggiore
Butt Thornton & Baehr, P.C.
Albuquerque, New Mexico

      *Attorneys for Defendant Katie Moore*

Alfred A. Park
Kevin D. Fowler
Lawrence M. Marcus
Park & Associates LLC
Albuquerque, New Mexico

      *Attorneys for Defendant Correctional Healthcare Companies Inc.*

W. Mark Mowery
Jessica R. Terrazas
Rodey, Dickason, Sloan, Akin & Robb
Santa Fe, New Mexico

      *Attorneys for Presbyterian Medical Services*