UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHARLES CARTER, Personal Representative
of the Estate of WILLIAM "BILLY" CARTER,

      Plaintiff,

v.                                  Case No. 1:15-cv-00497 JB/LF

                                  Consolidated with:

                                  Case No. 1:15-cv-00439 JB/LF
                                  Case No. 1:15-cv-00417 JB/LF
                                  Case No. 1:15-cv-00526 JB/LF

SAN JUAN REGIONAL MEDICAL CENTER,
RAMONA HOWARD, RN, INDIVIDUALLY,
MARY ANN BRINKERHOFF, RN, INDIVIDUALLY,

      Defendants.

**STATUS REPORT IN 15-cv-497 JB/LF**

      Plaintiff notifies the Court with opposing counsel approval that all remaining claims in this matter are being resolved. Appropriate dismissal paperwork will be filed in the next few weeks.

      Respectfully submitted this 17th day of April, 2017.

      */s/ John Holland*
      John Holland
      **HOLLAND, HOLLAND EDWARDS & GROSSMAN**
      1437 High Street
      Denver, CO  80218
      (303) 860-1331
      john@hheglaw.com
      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **NOTICE OF SETTLEMENT IN 15-cv-497 JB/LF** was filed electronically with the United States District Court, District of New Mexico's CM/ECF filing system on April 17, 2017, which caused the following attorneys to be electronically served:

Gregory M. Tucker
Mitchel Burns
Christian Hatfield
**TUCKER, BURNS & HATFIELD**
105 North Orchard Ave.
Farmington, NM 87401
(505) 325-7755
Greg@tbylaw.com
Mitch@tbylaw.com
Christian@tbylaw.com
*Counsel for Plaintiffs*

Ellen M. Kelly
Robert J. Curtis
**ROBERT CURTIS LAW OFFICE, P.A.**
215 Central NW, Suite 200
Albuquerque, NM 87102
(505) 389-2030
robert@rcurtislaw.com
ellen@rcurtislaw.com
*Counsel for San Juan Regional Medical Center*

Paul Melendres
Melissa Calderon
**MELENDRES & MELENDRES P.C.**
1017 5th Street NW
Albuquerque, NM 87102
(505) 243-8310
paul@melendreslaw.com
melissa@melendreslaw.com
*Counsel for Defendants Brinkerhoff, and Howard*

      by: */s/ Brooke Thiele-LaForest*
         Brooke Thiele-LaForest, Paralegal